ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANNY SALGADO,<br><br>        Petitioner,<br><br>    v.<br><br>JIMMY WALKER, WARDEN,<br><br>        Respondent. | Case No. SACV 08-01146 VAP (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: Dec. 9, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY